**No. 22-3135**

# In the United States Court of Appeals
### FOR THE THIRD CIRCUIT

---

MARIA DEL ROSARIO HERNANDEZ,
PLAINTIFF-APPELLEE,

*v.*

MICROBILT CORPORATION,
DEFENDANT-APPELLANT.

On Appeal From The United States District Court
For The District of New Jersey
Case No. 3:21-cv-04238

**ADDENDUM TO JOINT APPENDIX**

---

ANGELO A. STIO, III
*Counsel of Record*
TROUTMAN PEPPER
HAMILTON SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543
(609) 452-1147
Angelo.Stio@troutman.com

*Attorneys for Defendant-Appellant MicroBilt Corporation*

# TABLE OF CONTENTS

JA Page

**Volume 1 of 3**

Notice of Appeal, dated November 10, 2022
(ECF 49) .................................................................................. JA1

Letter Order, dated October 25, 2022
(ECF 46) .................................................................................. JA2

**Volume 2 of 3**

Declaration of Walter Wojciechowski (Redacted)
(ECF 36-1) ........................................................... JA13

Declaration of Angelo A. Stio III (Redacted)
(ECF 36-2) ........................................................... JA21

Notification of Submission to AAA
(ECF 41-2) ........................................................... JA28

Letter from the AAA to MicroBilt (Redacted),
dated October 28, 2021
(ECF 36-6) ........................................................... JA30

Email from T. St. George to AAA,
dated November 15, 2021
(ECF 41-4) ........................................................... JA33

Letter from the AAA to MicroBilt (Redacted),
dated November 22, 2021
(ECF 36-7) ........................................................... JA34

Letter from MicroBilt to A. Shoneck (Redacted),
dated November 23, 2021
(ECF 36-8) ........................................................... JA36

Letter from AAA to Counsel for Parties,
dated December 8, 2021
(ECF 41-5) .............................................................. JA40

Letter from the AAA to Counsel for Parties (Redacted),
dated January 14, 2022
(ECF 36-9) ........................................................... JA42

Email from T. St. George to Hernandez's Counsel,
dated January 21, 2022
(ECF 41-6) .......................................................... JA44

Email from L. Brennan to Counsel for MicroBilt (Redacted),
dated February 9, 2022
(ECF 41-7) .......................................................... JA45

Letter from the AAA to Counsel for Parties,
dated February 11, 2022
(ECF 36-10) ......................................................... JA46

Email from T. St. George to Hernandez's Counsel,
dated March 11, 2022
(ECF 41-8) .......................................................... JA47

Email from L. Brennan to Counsel for MicroBilt (Redacted),
dated March 31, 2022
(ECF 41-9) .......................................................... JA48

AAA Consumer Arbitration Rules
(ECF 41-3) .......................................................... JA49

AAA Consumer Due Process Statement of Principles
(ECF 41-10) ......................................................... JA93

## Volume 3 of 3 [SEALED]

Declaration of Walter Wojciechowski
(ECF 36-1) ............................................................ JA126

Declaration of Angelo A. Stio III
(ECF 36-2) ............................................................ JA131

Hernandez IBV Report
(ECF 36-3) ............................................................ JA138

IBV Consent Notice
(ECF 36-4) ............................................................ JA143

IBV Terms & Conditions
(ECF 36-5) ............................................................ JA144

Letter from the AAA to MicroBilt,
dated October 28, 2021
(ECF 36-6) ............................................................ JA150

Letter from the AAA to MicroBilt,
dated November 22, 2021
(ECF 36-7) ............................................................ JA153

Letter from MicroBilt to A. Shoneck,
dated November 23, 2021
(ECF 36-8) ............................................................ JA155

Letter from the AAA to Counsel for Parties,
dated January 14, 2022
(ECF 36-9) ............................................................ JA159

Email from L. Brennan to Counsel for MicroBilt,
dated February 9, 2022
(ECF 41-7) ............................................................ JA161

Email from L. Brennan to Counsel for MicroBilt,
dated March 31, 2022
(ECF 41-9) ............................................................ JA162

# Addendum

District Court Docket Report ................................ JA163

2/6/23, 3:27 PM                    Case: 22-3135    Document: 21    Page: 6    Date Filed: 02/06/2023
                                                    CM/ECF - U.S. District Court for the District of New Jersey

Query    Reports    Utilities    Help    Log Out

ADMCLOSED,APPEAL,RULE16

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:21-cv-04238-ZNQ-LHG

HERNANDEZ v. MICROBILT CORPORATION  
Assigned to: Judge Zahid N. Quraishi  
Referred to: Magistrate Judge Lois H. Goodman  
Case in other court:  Third Circuit, 22-03135  
Cause: 15:1681 Fair Credit Reporting Act  

Date Filed: 03/05/2021  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**MARIA DEL ROSARIO HERNANDEZ**  
*ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **JOHN SOUMILAS**  
FRANCIS MAILMAN SOUMILAS, P.C.  
1600 MARKET STREET  
SUITE 2510  
PHILADELPHIA, PA 19103  
215-735-8600  
Fax: 215-940-8000  
Email: jsoumilas@consumerlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**LAUREN KW BRENNAN**  
FRANCIS & MAILMAN, P.C.  
1600 MARKET STREET  
SUITE 2510  
PHILADELPHIA, PA 19103  
215-735-8600  
Email: lbrennan@consumerlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**TRAVIS B. MARTINDALE-JARVIS**  
FRANCIS MAILMAN SOUMILAS  
1600 MARKET STREET  
SUITE 2510  
PHILADELPHIA, PA 08034  
215-735-8600  
Email: tmartindalelaw@gmail.com  
*ATTORNEY TO BE NOTICED*

**JAMES A. FRANCIS**  
Francis Mailman Soumilas, P.C.  
1600 MARKET STREET  
Suite 2510  
PHILADELPHIA,, PA 19103  
215-735-8600  
Email: jfrancis@consumerlawfirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

JA163

| | | MICROBILT CORPORATION | represented by | ANGELO A. STIO , III<br>PEPPER HAMILTON LLP<br>301 CARNEGIE CENTER<br>SUITE 400<br>PRINCETON, NJ 08543-5276<br>(609) 951-4125<br>Fax: (609) 452-1147<br>Email: angelo.stio@troutman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2021 | 1 | COMPLAINT against MICROBILT CORPORATION ( Filing and Admin fee $ 402 receipt number ANJDC-12235006) with JURY DEMAND, filed by MARIA DEL ROSARIO HERNANDEZ. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(FRANCIS, JAMES) (Entered: 03/05/2021) |
| 03/05/2021 | | Chief Judge Freda L. Wolfson and Magistrate Judge Zahid N. Quraishi added. (mg) (Entered: 03/05/2021) |
| 03/05/2021 | 2 | SUMMONS ISSUED as to MICROBILT CORPORATION. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mg) (Entered: 03/05/2021) |
| 03/29/2021 | 3 | SUMMONS Returned Executed by MARIA DEL ROSARIO HERNANDEZ. MICROBILT CORPORATION served on 3/12/2021, answer due 4/5/2021. (FRANCIS, JAMES) (Entered: 03/29/2021) |
| 03/29/2021 | 4 | NOTICE of Appearance by JOHN SOUMILAS on behalf of MARIA DEL ROSARIO HERNANDEZ (SOUMILAS, JOHN) (Entered: 03/29/2021) |
| 03/29/2021 | 5 | NOTICE of Appearance by LAUREN KW BRENNAN on behalf of MARIA DEL ROSARIO HERNANDEZ (BRENNAN, LAUREN) (Entered: 03/29/2021) |
| 03/31/2021 | 6 | Proposed Order */CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD* by MICROBILT CORPORATION. (STIO, ANGELO) (Entered: 03/31/2021) |
| 04/01/2021 | 7 | CONSENT ORDER extending time for Microbilt Corporation's to answer up to and including 4/30/2021. Signed by Magistrate Judge Zahid N. Quraishi on 4/1/2021. (abr, ) (Entered: 04/01/2021) |
| 05/27/2021 | 8 | CONSENT ORDER that Microbilt Corporation's deadline to answer, move or otherwise plead in response to the Complaint is extended until 6/25/2021. Signed by Chief Judge Freda L. Wolfson on 5/27/2021. (jem) (Entered: 05/27/2021) |
| 06/17/2021 | 9 | Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint by MICROBILT CORPORATION. (Attachments: # 1 Consent Order, # 2 Declaration Of Angelo A. Stio III)(STIO, ANGELO) (Entered: 06/17/2021) |
| 06/18/2021 | | Set Deadlines as to 9 Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint . Motion set for 7/19/2021 before Magistrate Judge Zahid N. Quraishi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 06/18/2021) |
| 06/22/2021 | 10 | CONSENT ORDER granting 9 Motion; MicroBilt Corporation's deadline to answer, move or otherwise plead in response to the Complaint is extended up to and including 7/26/2021. Signed by Magistrate Judge Zahid N. Quraishi on 6/22/2021. (jem) (Entered: 06/22/2021) |
| 06/25/2021 | | Magistrate Judge Lois H. Goodman added. Magistrate Judge Z. N. Quraishi no longer assigned to case. (mg) (Entered: 06/25/2021) |
| 07/26/2021 | 11 | MOTION to Compel *Arbitration and to Dismiss* by MICROBILT CORPORATION. (Attachments: # 1 Brief in support of Motion to Compel and to Dismiss (Redacted), # 2 Declaration of W. Wojciechowski, # 3 Exhibit A Placeholder, # 4 Exhibit B Placeholder, # 5 Exhibit C Placeholder, # 6 Text of Proposed Order, # 7 Certification of Service)(STIO, ANGELO) (Entered: 07/26/2021) |
| 07/26/2021 | 12 | Exhibit to 11 Motion to Compel, *Unredacted memorandum of law, unredacted declaration of W. Wojciechowski, and Exhibits to same filed under provisional seal* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of W. Wojciechowski (under seal), # 2 Exhibit A to W. Wojciechowski |

| | | |
|---|---|---|
| | | Declaration (under seal), # 3 Exhibit B to W. Wojciechowski Declaration (under seal), # 4 Exhibit C to W. Wojciechowski Declaration (under seal))(STIO, ANGELO) |
| | | NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 07/26/2021) |
| 07/26/2021 | | Set Deadlines as to 11 MOTION to Compel *Arbitration and to Dismiss*. Motion set for 9/7/2021 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 07/26/2021) |
| 08/25/2021 | 13 | CONSENT ORDER that Plaintiff's deadline to file opposition to Defendant's 11 Motion to Compel Arbitration and Dismiss is extended until 9/14/2021. Signed by Chief Judge Freda L. Wolfson on 8/25/2021. (jem) (Entered: 08/25/2021) |
| 09/10/2021 | 14 | Letter from Angelo A. Stio III. (Attachments: # 1 Text of Proposed Order, # 2 Declaration Of Angelo A. Stio III, # 3 Declaration Timothy St. George, Esq., # 4 Certificate of Service)(STIO, ANGELO) (Entered: 09/10/2021) |
| 09/13/2021 | 15 | TEXT ORDER Defendants reply brief in further support of its Motion to Compel Arbitration and to Dismiss [ECF No. 11]shall be filed no later than September 28, 2020. So Ordered by Chief Judge Freda L. Wolfson on 9/13/2021. (jmm, ) (Entered: 09/13/2021) |
| 09/14/2021 | 16 | CONSENT ORDER that Plaintiff's deadline to file opposition to Defendant's Motion to Compel Arbitration and Dismiss is extended until 9/21/2021, and Defendant's deadline to file Reply in Support of Motion is extended until 10/05/2021. Signed by Chief Judge Freda L. Wolfson on 9/14/2021. (jem) (Entered: 09/14/2021) |
| 09/21/2021 | 17 | NOTICE of Voluntary Dismissal by MARIA DEL ROSARIO HERNANDEZ (FRANCIS, JAMES) (Entered: 09/21/2021) |
| 09/22/2021 | 18 | NOTICE AND ORDER of Voluntary Dismissal without prejudice. Signed by Chief Judge Freda L. Wolfson on 9/22/2021. (jem) (Entered: 09/24/2021) |
| 10/08/2021 | 19 | MOTION to Seal *ECF 12* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of A. Stio, # 2 Declaration of W. Wojciechowski, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 10/08/2021) |
| 10/08/2021 | | Set Deadlines as to 19 MOTION to Seal *ECF 12*. Motion set for 11/1/2021 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 10/08/2021) |
| 10/20/2021 | 20 | MOTION for Attorney Fees by MICROBILT CORPORATION. (Attachments: # 1 Brief, # 2 Declaration of A. Stio III, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Text of Proposed Order, # 6 Certificate of Service)(STIO, ANGELO) (Entered: 10/20/2021) |
| 10/20/2021 | 21 | Exhibit to 20 Motion for Attorney Fees *Unredacted Brief & Exhibit 1 to Stio Declaration - Filed Under Seal* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of A. Stio III, # 2 Exhibit 1)(STIO, ANGELO) |
| | | NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 10/20/2021) |
| 10/20/2021 | | Set Deadlines as to 20 MOTION for Attorney Fees . Motion set for 11/15/2021 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 10/20/2021) |
| 10/28/2021 | 22 | CONSENT ORDER that Plaintiff's deadline to file opposition to Defendant's Motion for Attorneys' Fees and Costs is extended until 11/15/2021, and Defendant's deadline to file its Reply in Support of the Motion |

| Date | Doc# | Description |
|---|---|---|
| | | is extended until 12/06/2021. Signed by Chief Judge Freda L. Wolfson on 10/28/2021. (jem) (Entered: 10/28/2021) |
| 11/15/2021 | 23 | MEMORANDUM in Opposition filed by MARIA DEL ROSARIO HERNANDEZ re 20 MOTION for Attorney Fees (Attachments: # 1 Declaration of James A. Francis)(FRANCIS, JAMES) (Entered: 11/15/2021) |
| 12/06/2021 | 24 | REPLY to Response to Motion filed by MICROBILT CORPORATION re 20 MOTION for Attorney Fees (Attachments: # 1 Certificate of Service)(STIO, ANGELO) (Entered: 12/06/2021) |
| 12/20/2021 | 25 | MOTION to Seal *ECF 21* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of A. Stio in support of Motion to Seal ECF 21, # 2 Text of Proposed Order, # 3 Certificate of Service)(STIO, ANGELO) (Entered: 12/20/2021) |
| 12/20/2021 | | Set Deadlines as to 25 MOTION to Seal *ECF 21*. Motion set for 1/18/2022 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 12/20/2021) |
| 03/21/2022 | 26 | CONSENT ORDER granting 19 Motion to Permanently Seal docket entry 12 . Signed by Magistrate Judge Lois H. Goodman on 3/21/2022. (jem) (Entered: 03/21/2022) |
| 03/21/2022 | 27 | ORDER granting Defendant's 25 Motion to Seal. Signed by Magistrate Judge Lois H. Goodman on 3/21/2022. (jem) (Entered: 03/21/2022) |
| 04/20/2022 | 28 | Letter from James A. Francis. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(FRANCIS, JAMES) (Entered: 04/20/2022) |
| 04/21/2022 | 29 | TEXT ORDER: The Court will conduct a Telephone Status Conference on 4/25/2022 at 11:30 AM. So Ordered by Magistrate Judge Lois H. Goodman on 4/21/2022. (eh, ) (Entered: 04/21/2022) |
| 04/21/2022 | 30 | Letter from Angelo A. Stio III re 28 Letter. (Attachments: # 1 Exhibit A)(STIO, ANGELO) (Entered: 04/21/2022) |
| 04/25/2022 | 31 | NOTICE of Appearance by TRAVIS B. MARTINDALE-JARVIS on behalf of MARIA DEL ROSARIO HERNANDEZ (MARTINDALE-JARVIS, TRAVIS) (Entered: 04/25/2022) |
| 04/25/2022 | | TEXT Minute Entry for proceedings held before Magistrate Judge Lois H. Goodman: Telephone Conference held on 4/25/2022. (eh, ) (Entered: 04/25/2022) |
| 04/25/2022 | 32 | TEXT ORDER: Counsel are to meet and confer as to the issues raised during the 4/25/22 conference with regard to the applicability and scope of any arbitration. If they cannot reach agreement, they are to submit a joint letter setting forth their positions and the relief sought by no later than 5/9/22. So Ordered by Magistrate Judge Lois H. Goodman on 4/25/2022. (eh, ) (Entered: 04/25/2022) |
| 05/06/2022 | 33 | TEXT ORDER temporarily terminating 20 Motion for Attorney Fees. Pending the parties' discussion regarding arbitration, the motion for attorney fees is administratively terminated. The motion may be re-listed, if appropriate.. ORDERED by Chief Judge Freda L. Wolfson on 5/6/2022. (Fang, W) (Entered: 05/06/2022) |
| 05/09/2022 | 34 | Letter from James A. Francis. (FRANCIS, JAMES) (Entered: 05/09/2022) |
| 05/11/2022 | 35 | TEXT ORDER re 34 Letter. The Clerk's Office is directed to re-open this matter. Having reviewed each party's position in the joint letter, Defendant is directed to file a motion to compel arbitration within 30 days from the date of this Text Order. So Ordered by Chief Judge Freda L. Wolfson on 5/11/2022. (Fang, W) (Entered: 05/11/2022) |
| 06/10/2022 | 36 | Second MOTION to Compel *Arbitration and to Dismiss* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of W. Wojciechowski (Redacted), # 2 Declaration of A. Stio III (Redacted), # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Brief (Redacted), # 12 Text of Proposed Order, # 13 Certificate of Service)(STIO, ANGELO) (Entered: 06/10/2022) |
| 06/10/2022 | | Set Deadlines as to 36 Second MOTION to Compel *Arbitration and to Dismiss*. Motion set for 7/5/2022 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 06/10/2022) |

| | | |
|---|---|---|
| 06/10/2022 | 37 | Exhibit to 36 Motion to Compel, *Declarations, Exhibits, and Brief filed under provisional seal* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of A. Stio (Unredacted), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Brief (Unredacted))(STIO, ANGELO) |
| | | NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 06/10/2022) |
| 06/14/2022 | 38 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 36 Second MOTION to Compel *Arbitration and to Dismiss* . (FRANCIS, JAMES) (Entered: 06/14/2022) |
| 06/15/2022 | | Reset Deadlines as to 36 Second MOTION to Compel *Arbitration and to Dismiss*. Motion reset for 7/18/2022 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jdg) (Entered: 06/15/2022) |
| 06/30/2022 | 39 | STIPULATION re 36 Second MOTION to Compel *Arbitration and to Dismiss for Extension of Briefing Deadlines* by MARIA DEL ROSARIO HERNANDEZ. (FRANCIS, JAMES) (Entered: 06/30/2022) |
| 07/01/2022 | 40 | STIPULATION AND ORDER extending deadlines for briefing on second motion to compel arbitration; Plaintiff shall file his response to Defendants Second Motion to Compel by 7/18/2022; Defendant shall file its Reply in support of its Motion to Dismiss by 8/8/2022; The Motion day for Defendants Second Motion to Compel Arbitration and Dismiss is reset to 8/15/2022. Signed by Chief Judge Freda L. Wolfson on 7/1/2022. (jal, ) (Entered: 07/01/2022) |
| 07/01/2022 | | Reset Deadlines as to 36 Second MOTION to Compel *Arbitration and to Dismiss*. Motion set for 8/15/2022 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 07/01/2022) |
| 07/18/2022 | 41 | RESPONSE in Opposition filed by MARIA DEL ROSARIO HERNANDEZ re 36 Second MOTION to Compel *Arbitration and to Dismiss* (Attachments: # 1 Declaration of James A. Francis, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6 (Redacted), # 8 Exhibit 7, # 9 Exhibit 8 (Redacted), # 10 Exhibit 9)(FRANCIS, JAMES) (Entered: 07/18/2022) |
| 07/18/2022 | 42 | Exhibit to 41 Response in Opposition to Motion, by MARIA DEL ROSARIO HERNANDEZ. (Attachments: # 1 Exhibit 6 to Francis Declaration, # 2 Exhibit 8 to Francis Declaration)(FRANCIS, JAMES) |
| | | NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 07/18/2022) |
| 08/08/2022 | 43 | REPLY BRIEF to Opposition to Motion filed by MICROBILT CORPORATION re 36 Second MOTION to Compel *Arbitration and to Dismiss* (Attachments: # 1 Certificate of Service)(STIO, ANGELO) (Entered: 08/08/2022) |
| 08/22/2022 | 44 | Joint MOTION to Seal *ECF No. 37* by MICROBILT CORPORATION. (Attachments: # 1 Declaration of A. Stio III, # 2 Declaration of W. Wojciechowski, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 08/22/2022) |
| 08/23/2022 | | Set Deadlines as to 44 Joint MOTION to Seal *ECF No. 37*. Motion set for 9/19/2022 before Magistrate Judge Lois H. Goodman. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 08/23/2022) |
| 09/16/2022 | 45 | CONSENT ORDER granting 44 Motion to Seal; 37 is to permanently remain under seal. Signed by Magistrate Judge Lois H. Goodman on 9/16/2022. (jal, ) (Entered: 09/16/2022) |

| | | |
|---|---|---|
| 10/25/2022 | 46 | LETTER ORDER Denying 36 Defendants Motion to Compel. Signed by Chief Judge Freda L. Wolfson on 10/25/2022. (jal, ) Modified on 10/26/2022 (jal, ). Modified on 1/3/2023 (eaj, ). (Entered: 10/25/2022) |
| 10/25/2022 | | ***Civil Case Terminated. (jal, ) (Entered: 10/25/2022) |
| 10/25/2022 | 47 | Letter from James A. Francis re 46 Order on Motion to Compel, Terminated Case. (FRANCIS, JAMES) (Entered: 10/25/2022) |
| 10/26/2022 | | CLERK'S QUALITY CONTROL MESSAGE - Case Closed in Error, Please Disregard. (jal, ) (Entered: 10/26/2022) |
| 10/26/2022 | 48 | Order Initial Conference set for 12/5/2022 at 9:30 AM via Teleconference before Magistrate Judge Lois H. Goodman. The Court will provide counsel with dial in information prior to the scheduled conference. Signed by Magistrate Judge Lois H. Goodman on 10/26/2022. (ijf, ) (Entered: 10/26/2022) |
| 11/10/2022 | 49 | NOTICE OF APPEAL as to 46 Order on Motion to Compel by MICROBILT CORPORATION. Filing fee $ 505, receipt number ANJDC-13822479. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (STIO, ANGELO) (Entered: 11/10/2022) |
| 11/14/2022 | | ATTENTION COUNSEL: The Initial Conference scheduled for 12/5/2022 has been cancelled. (ijf, ) (Entered: 11/14/2022) |
| 11/15/2022 | 50 | USCA Case Number 22-3135 for 49 Notice of Appeal (USCA), filed by MICROBILT CORPORATION. USCA Case Manager Pamela (Document Restricted - Court Only) (ca3TH, ) (Entered: 11/15/2022) |
| 12/01/2022 | 51 | TEXT ORDER ADMINISTRATIVELY TERMINATING ACTION PENDING APPEAL. ORDERED by Chief Judge Freda L. Wolfson on 12/1/2022. (jmm, ) (Entered: 12/01/2022) |
| 01/12/2023 | 52 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Zahid N. Quraishi for all further proceedings. Chief Judge Freda L. Wolfson no longer assigned to case. So Ordered by Chief Judge Freda L. Wolfson on 1/12/2023. (dm ) (Entered: 01/12/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/06/2023 15:11:42 | | | |
| PACER Login: | Noah1266 | Client Code: | 999998.047818 |
| Description: | Docket Report | Search Criteria: | 3:21-cv-04238-ZNQ-LHG Start date: 1/1/1980 End date: 2/6/2023 |
| Billable Pages: | 7 | Cost: | 0.70 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I caused this Addendum to Joint Appendix to be served on all counsel of record listed on the CM/ECF service list.

Dated: February 6, 2023

*/s/ Angelo A. Stio, III*
ANGELO A. STIO, III